UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAIM SABBAGH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>ACCOUNT CONTROL TECHNOLOGY, INC.,<br><br>Defendant. | Civil Action Number:<br>1:16-cv-00236 |

### NOTICE OF VOLUNATARY DISMISSAL BY THE PLAINTIFF PURSUANT TO RULE 41(a)(1)(A)(ii)

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and as the Defendants have neither answered nor moved for summary judgment, undersigned counsel on behalf of the Plaintiff hereby voluntarily dismisses the pending action with prejudice as to the Plaintiff and without prejudice as to the unnamed putative class members if any.

Dated:  January 28, 2016

                                                     Respectfully submitted,

                                                     By:   /s/ Ibrahim Abohamra
                                                        Ibrahim Abohamra, Esq.
                                                        Sirotkin Varacalli & Hamra, LLP
                                                        110 East 59th Street, Suite 3200
                                                        New York, New York 10022
                                                        Phone: (646) 590-0571
                                                        *Attorneys for Plaintiff*